Jessica L. Blome (Cal. Bar No. 314898)
Lily A. Rivo (Cal. Bar No. 242688)
Richard A. Brody (Cal. Bar No. 100379)
GREENFIRE LAW, PC
2478 Adeline Street, Suite A
Berkeley, CA 94703
Ph/Fax: (510) 900-9502
Email: jblome@greenfirelaw.com
       lrivo@greenfirelaw.com
       rbrody@greenfirelaw.com

*Attorneys for Plaintiff U.S. Right to Know*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. RIGHT TO KNOW, a California Non-Profit Corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>NATIONAL INSTITUTES OF HEALTH,<br><br>　　　　Defendant. | Case No.: 4:25-cv-04490<br><br>**CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES AND PERSONS (Civil Local Rule 3-15)**<br><br>Freedom of Information Act, 5 U.S.C. § 552 *et seq* |

**PLAINTIFF'S LOCAL RULE 3-15 CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS**

Pursuant to Local Rule 3-15, Plaintiff U.S. Right to Know discloses that it is not aware of any conflict, financial or otherwise, that the Presiding Judge has with the parties to this litigation. U.S. Right to Know also discloses that, to the best of its current knowledge, no person, association(s) of persons, firms, partnerships, corporations (including but not limited to parent corporations), or any other entities, other than U.S. Right to Know or the parties to this litigation themselves, has a financial interest of any kind in the subject matter in controversy or in a party to the proceeding or any other kind of interest that could be substantially affected by the outcome of the proceeding.

Dated: June 6, 2025                                         Respectfully Submitted,

By:   */s/ Richard A. Brody*
Jessica L. Blome
Lily A. Rivo
Richard A. Brody
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
Telephone: (510) 900-9502
Email: jblome@greenfirelaw.com
           lrivo@greenfirelaw.com
           rbrody@greenfirelaw.com

*Attorneys for Plaintiff U.S. Right to Know*