AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| U.S. RIGHT TO KNOW <br><br> *Plaintiff(s)* <br><br> v. <br><br> NATIONAL INSTITUTES OF HEALTH <br><br> *Defendant(s)* | Civil Action No. 4:25-cv-4490-DMR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   UNITED STATES DEPARTMENT OF STATE
C/O U.S. Attorney's Office
ATTN: Civil Process Clerk
150 Almaden Blvd., Suite 900
San Jose, CA 95113

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   RICHARD A. BRODY (California State Bar No. 100379)
GREENFIRE LAW, PC
P.O. Box 8055
Berkeley, CA 94707
NOTE: DEFENDANT'S ANSWER IS DUE 30 DAYS FROM RECEIPT OF THIS SUMMONS, 5 U.S.C. § 552(a)(4)(C).

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*MARK B. BUSBY*
*CLERK OF COURT*

Date: 05/30/2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 4:25-cv-4490-DVR

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* United States Department of State c/o U.S. Attorney's Office was received by me on *(date)* 06/09/2025 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: On June 9, 2025, I caused copies of the Summons, Complaint, Civil Cover Sheet, Judicial Assignment, Order Setting Initial CMC, ECF Reg. Info, Judge Ryu's Standing Order, All Judges Standing Order, Not. of Magistrate Assignment, Not. of Lawsuit & Waiver of Service of Summons due to be served via certified mail which was delivered on June 11, 2025.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 06/27/2025

*Server's signature*: Nuria de la Fuente

*Printed name and title*: Nuria de la Fuente

*Server's address*:
Greenfire Law, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703

Additional information regarding attempted service, etc:

# U.S. Postal Service
# CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

San Jose, CA 95113

| | |
|---|---|
| Certified Mail Fee | $4.85 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $ _____ |
| ☐ Return Receipt (electronic) | $ _____ |
| ☐ Certified Mail Restricted Delivery | $ _____ |
| ☐ Adult Signature Required | $ _____ |
| ☐ Adult Signature Restricted Delivery | $ _____ |
| Postage | $3.71 |
| Total Postage and Fees | $12.66 |

Postmark Here

JUN 09 2025
STATION A POST OFFICE
BERKELEY, CA 94704

06/09/2025

Sent To: US Dept. of State c/o US Atty's office
Street and Apt. No., or PO Box No.: 150 Almaden Blvd. Ste 900
City, State, ZIP+4®: San Jose, CA 95113

9589 0710 5270 0968 2839 31

PS Form 3800

## Certified Mail service provides the following benefits:

- A receipt (this portion of the Certified Mail label).
- A unique identifier for your mailpiece.
- Electronic verification of delivery or attempted delivery.
- A record of delivery (including the recipient's signature) that is retained by the Postal Service™ for a specified period.

**Important Reminders:**

- You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.
- Certified Mail service is *not* available for international mail.
- Insurance coverage is *not* available for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.
- For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:
  - Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, *Domestic Return Receipt;* attach PS Form 3811 to your mailpiece; for an electronic return receipt, see a retail associate for assistance. To receive a duplicate return receipt for no additional fee, present this USPS®-postmarked Certified Mail receipt to the retail associate.
  - Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.
  - Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).
  - Adult signature restricted delivery service, which requires the signee to be at least 21 years of age and provides delivery to the addressee specified by name, or to the addressee's authorized agent (not available at retail).
- To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

**IMPORTANT: Save this receipt for your records.**

PS Form **3800**, January 2023 *(Reverse)* PSN 7530-02-000-9047

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 9589071052700968283931

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to an individual at the address at 9:52 am on June 11, 2025 in SAN JOSE, CA 95113.

**Get More Out of USPS Tracking:**
USPS Tracking Plus®

### Delivered
Delivered, Left with Individual
SAN JOSE, CA 95113
June 11, 2025, 9:52 am

**Arrived at USPS Regional Facility**
SAN JOSE CA DISTRIBUTION CENTER
June 10, 2025, 11:10 am

**Arrived at USPS Regional Facility**
OAKLAND CA DISTRIBUTION CENTER
June 9, 2025, 10:21 pm

**Departed Post Office**
BERKELEY, CA 94702
June 9, 2025, 5:48 pm

**USPS in possession of item**
BERKELEY, CA 94702
June 9, 2025, 3:26 pm

Hide Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Feedback

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ∧

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs