CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6488
    FAX: (415) 436-6748
    molly.friend@usdoj.gov

Attorneys for Defendant

*Additional counsel listed on signature page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| U.S. RIGHT TO KNOW, <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL INSTITUTES OF HEALTH, <br><br> Defendant. | CASE NO. 4:25-CV-04490-DMR <br><br> **STIPULATION TO STAY CASE; [PROPOSED ORDER]** |

    Subject to the Court's approval, Plaintiff and Defendant, through their undersigned counsel of record, hereby stipulate as follows:

    1.    At midnight on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The same is true for other Executive Branch agencies, including the federal National Institutes of Health ("NIH"). The date when funding will be restored by Congress has not been established.

    2.    Defendant has conveyed the following to Plaintiff:

        a.    The Anti-Deficiency Act, 31 U.S.C. §1341, as construed by the Attorney General,

1. provides that in the absence of appropriated funds no obligation can be incurred except for the protection of life and property, the orderly suspension of operations, or as otherwise authorized by law. Absent an appropriation, Department of Justice attorneys (and employees of the NIH) are prohibited from working, even on a volunteer basis, "except for emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

    b. Undersigned counsel will be furloughed for the duration of the lapse in appropriations.

    c. In addition, the work of employees from the NIH is also necessary. If the requested stay is denied, the work needed from the NIH may not be possible.

3. The parties therefore request a stay of the case until Congress has restored appropriations to the Department of Justice and the government shutdown ends. The parties further request that all deadlines in this case be extended for a period of time commensurate with the duration of the lapse in appropriations – *i.e.*, each deadline would be extended by the total number of days of the lapse in appropriations.

4. If this stay is granted, counsel for the United States will promptly notify the Court as soon as the government shutdown has ended and will confer with opposing counsel and submit within two weeks a joint proposed schedule for the remainder of litigation.

IT IS SO STIPULATED.

DATED: November 5, 2025       Respectfully submitted,

    CRAIG H. MISSAKIAN
    United States Attorney

    */s/ Kelsey J. Helland*
    KELSEY J. HELLAND
    Assistant United States Attorney
    Counsel for Federal Defendant

DATED: November 5, 2025      Respectfully submitted,

    */s/ Richard A. Brody*
    Jessica L. Blome
    Lily A. Rivo
    Richard A. Brody
    GREENFIRE LAW, PC
    2748 Adeline Street, Suite A

|    |    |
|---:|----|
| 1  | Berkeley, CA 94703 |
| 2  | Telephone: (510) 900-9502 |
|    | Email: jblome@greenfirelaw.com |
| 3  | lrivo@greenfirelaw.com |
|    | rbrody@greenfirelaw.com |
| 4  | *Attorneys for Plaintiff US Right to Know* |
| 5  |    |
| 6  | *\* In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.* |
| 7  |    |
| 8  |    |

(Lines 8–28 are blank.)

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS HEREBY ORDERED THAT:

1. This case is hereby STAYED until after the shutdown of the federal government has ended and appropriations to the Department of Justice have been restored;

2. All deadlines in this case are extended for a period of time commensurate with the duration of the lapse in appropriations; and

3. The Government will promptly notify the Court as soon as the government shutdown has ended and will confer with opposing counsel and submit within two weeks a joint proposed schedule for the remainder of litigation.

IT IS SO ORDERED.

DATED:

_____
HON. DONNA M. RYU
Chief United States Magistrate Judge

STAY STIP.
4:25-CV-04490-DMR