1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2  PAMELA T. JOHANN (CABN 145558)
   Chief, Civil Division
3  KELSEY J. HELLAND (CABN 298888)
   Assistant United States Attorney
4
      450 Golden Gate Avenue, Box 36055
5     San Francisco, California 94102-3495
      Telephone: (415) 436-6488
6     FAX: (415) 436-6748
      molly.friend@usdoj.gov
7
8  Attorneys for Defendant

9  *Additional counsel listed on signature page*

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                           OAKLAND DIVISION

14  U.S. RIGHT TO KNOW,                ) CASE NO. 4:25-CV-04490-DMR
                                       )
15           Plaintiff,                ) **JOINT REQUEST TO SET CASE**
                                       ) **MANAGEMENT CONFERENCE;**
16      v.                             ) **[PROPOSED ORDER]**
                                       )
17  NATIONAL INSTITUTES OF HEALTH,     )
                                       )
18           Defendant.                )
                                       )
19

1  Pursuant to the Court's Order Granting Stipulation to Stay Case, Dkt. No. 19, the parties
2 respectfully request that the Court set this matter for an initial Case Management Conference during the
3 week of January 26, 2026. Pursuant to Civil Local Rule 16-10(d), the parties would submit a further
4 Joint Case Management Statement no later than seven days prior to the Case Management Conference.

5  The parties are cognizant of the Court's upcoming retirement on January 9, 2026, and
6 respectfully request that, assuming the matter is to be reassigned, the newly assigned judge also set the
7 matter for an initial Case Management Conference during the week of January 26, 2026, or at the
8 Court's convenience thereafter following reassignment.

9  IT IS SO STIPULATED.

DATED: November 24, 2025                Respectfully submitted,

                                        CRAIG H. MISSAKIAN
                                        United States Attorney

                                        */s/ Kelsey J. Helland*
                                        KELSEY J. HELLAND
                                        Assistant United States Attorney
                                        Counsel for Federal Defendant


DATED: November 24, 2025                Respectfully submitted,

                                        */s/ Richard A. Brody*
                                        Jessica L. Blome
                                        Lily A. Rivo
                                        Richard A. Brody
                                        GREENFIRE LAW, PC
                                        2748 Adeline Street, Suite A
                                        Berkeley, CA 94703
                                        Telephone: (510) 900-9502
                                        Email: jblome@greenfirelaw.com
                                        lrivo@greenfirelaw.com
                                        rbrody@greenfirelaw.com

                                        *Attorneys for Plaintiff US Right to Know*

*\* In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

**[PROPOSED] ORDER**

Pursuant to the parties' joint request, IT IS HEREBY ORDERED THAT:

1. This matter is set for an initial Case Management Conference on January 28, 2026, at 1:30 p.m. The parties shall file a further Joint Case Management Statement no later than seven days prior to the Case Management Conference.

2. If this matter is reassigned in light of the undersigned judge's retirement, the undersigned judge and the parties request that the newly assigned judge set the matter for an initial Case Management Conference during the week of January 26, 2026, or at the newly assigned judge's convenience thereafter.

IT IS SO ORDERED.

DATED:

                                                     HON. DONNA M. RYU
                                                     Chief United States Magistrate Judge