1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2  PAMELA T. JOHANN (CABN 145558)
   Chief, Civil Division
3  KELSEY J. HELLAND (CABN 298888)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102-3495
       Telephone: (415) 436-6488
6      FAX: (415) 436-6748
       molly.friend@usdoj.gov
7
   Attorneys for Defendant
8
   *Additional counsel listed on signature page*
9
10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                              OAKLAND DIVISION

13

14 U.S. RIGHT TO KNOW,                    ) CASE NO. 4:25-CV-04490-DMR
                                          )
15         Plaintiff,                     ) **JOINT REQUEST TO SET CASE**
                                          ) **MANAGEMENT CONFERENCE;**
16     v.                                 ) **[PROPOSED ORDER]**
                                          )
17 NATIONAL INSTITUTES OF HEALTH,         )  AS MODIFIED
                                          )
18         Defendant.                     )
                                          )
19 _____)

20

21

22

23

24

25

26

27

28

JOINT REQUEST TO SET CMC; [PROPOSED] ORDER
4:25-CV-04490-DMR

Pursuant to the Court's Order Granting Stipulation to Stay Case, Dkt. No. 19, the parties respectfully request that the Court set this matter for an initial Case Management Conference during the week of January 26, 2026.  Pursuant to Civil Local Rule 16-10(d), the parties would submit a further Joint Case Management Statement no later than seven days prior to the Case Management Conference.

The parties are cognizant of the Court's upcoming retirement on January 9, 2026, and respectfully request that, assuming the matter is to be reassigned, the newly assigned judge also set the matter for an initial Case Management Conference during the week of January 26, 2026, or at the Court's convenience thereafter following reassignment.

IT IS SO STIPULATED.

DATED: November 25, 2025

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Kelsey J. Helland*
KELSEY J. HELLAND
Assistant United States Attorney
Counsel for Federal Defendant

DATED: November 25, 2025

Respectfully submitted,

*/s/ Richard A. Brody*
Jessica L. Blome
Lily A. Rivo
Richard A. Brody
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
Telephone: (510) 900-9502
Email: jblome@greenfirelaw.com
lrivo@greenfirelaw.com
rbrody@greenfirelaw.com

*Attorneys for Plaintiff US Right to Know*

*\* In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

JOINT REQUEST TO SET CMC; [PROPOSED] ORDER
4:25-CV-04490-DMR

**[PROPOSED] ORDER**

Pursuant to the parties' joint request, IT IS HEREBY ORDERED THAT:

1. This matter is set for an initial Case Management Conference on ~~January 28, 2026~~ March 4, 2026, at 1:30 p.m. The parties shall file a further Joint Case Management Statement no later than seven days prior to the Case Management Conference.

2. If this matter is reassigned in light of the undersigned judge's retirement, the undersigned judge and the parties request that the newly assigned judge set the matter for an initial Case Management Conference during the week of January 26, 2026, or at the newly assigned judge's convenience thereafter.

IT IS SO ORDERED.

DATED: November 25, 2025

_____
HON. DONNA M. RYU
Chief United States Magistrate Judge