Daniel C. Snyder (Oregon State Bar No. 105127)
*Pro hac vice*
PUBLIC JUSTICE
1620 L Street NW, Suite 630
Washington, DC 20036
Telephone: (202) 861-5251
Facsimile: (202) 232-7203
Email: dsnyder@publicjustice.net

Rachel S. Doughty (Cal. Bar No. 255904)
Lily A. Rivo (Cal Bar No. 242688)
Richard A. Brody (Cal Bar No. 100379)
GREENFIRE LAW, PC
2478 Adeline Street, Suite A
Berkeley, CA 94703
Ph/Fax: (510) 900-9502
Email: RDoughty@greenfirelaw.com
        LRivo@greenfirelaw.com
        RBrody@greenfirelaw.com

*Attorneys for Plaintiff US Right to Know*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| US RIGHT TO KNOW, a California Non-Profit Corporation<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL INSTITUTES OF HEALTH,<br><br>Defendant. | Case No.: 4:23-cv-2954-KAW<br><br>**[PROPOSED] ORDER DENYING IN PART AND GRANTING IN PART DEFENDANT NATIONAL INSTITUTES OF HEALTH'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

**PROPOSED ORDER**

Based on the papers filed herein, and for good cause shown,

IT IS HEREBY ORDERED that Defendant National Institutes of Health's Administrative Motion to Consider Whether Cases Should Be Related is DENIED.

IT IS FURTHER ORDERED, that, the cases *U.S. Right to Know v. NIH*, No. 4:25-cv-04490-ASK (N.D. Cal., filed May 28, 2025), and *U.S. Right to Know v. NIH*, No. 3:26-cv-01500-SK (N.D. Cal., filed Feb. 20, 2026) are hereby deemed related. Pursuant to Civil L.R. 3-12(f)(3), the Clerk of the Court shall notify the parties and the affected Judges of the entry of this Order and shall reassign the higher-numbered case to the Magistrate Judge assigned to the lower-numbered case.

IT IS SO ORDERED.


Dated:

By:  _____
HON. KANDIS A. WESTMORE
United States Magistrate Judge

PROPOSED ORDER