UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA RIGHT
TO KNOW,

                    Plaintiff,

          v.

NATIONAL INSTITUTES OF HEALTH,

                    Defendant.

Case No.  23-cv-02954-KAW

**ORDER DENYING MOTION TO RELATE**

Re: Dkt. No. 42

On April 13, 2026, Defendant National Institutes of Health filed a motion to consider whether the instant case should be related to: (1) *U.S. Right to Know v. NIH*, 25-cv-4490-ASK, and (2) *U.S. Right to Know v. NIH*, 26-cv-1500-SK.  (Dkt. No. 42.)  On April 17, 2026, Plaintiff filed its opposition to relation.  (Dkt. No. 43.)

Having considered the parties' filings, the Court finds that relation is not warranted because the actions concern different FOIA requests which, in turn, appear to concern different topics and different sources.  Further, the instant case is far advanced compared to the other two cases, such that there does not appear to be any efficiencies from relating the cases.  Thus, the requirements of Civil Local Rule 3-12(a) are not met.

Accordingly, the Court DENIES Defendant's motion to relate.

IT IS SO ORDERED.

Dated: April 22, 2026

_____
KANDIS A. WESTMORE
United States Magistrate Judge