UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

U.S. RIGHT TO KNOW,

        Plaintiff,

    v.

NATIONAL INSTITUTES OF HEALTH,

        Defendant.

Case No.  26-cv-01500-SK

***SUA SPONTE* JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-titled case IS HEREBY REFERRED to the Honorable Ajay S. Krishnan to consider whether *U.S. Right to Know v. National Institutes of Health*, No. 26-cv-01500-SK is related to *U.S. Right to Know v. National Institutes of Health*, No. 25-cv-04490-ASK.

**IT IS SO ORDERED**.

Dated: May 19, 2026

_____
SALLIE KIM
United States Magistrate Judge