CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6488
    FAX: (415) 436-6748
    kelsey.helland@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| U.S. RIGHT TO KNOW,<br><br>    Plaintiff,<br><br>  v.<br><br>NATIONAL INSTITUTES OF HEALTH,<br><br>    Defendant. | Case No. 4:25-cv-04490-ASK<br><br>**DEFENDANT'S STATEMENT OF NON-OPPOSITION TO RELATION OF CASES** |

For essentially the same reasons set forth in Defendant's Administrative Motion to Consider Whether Cases Should Be Related (*see* Dkt. 27), Defendant does not oppose designating the following cases as related to this case:

- *U.S. Right to Know v. NIH*, No. 3:26-cv-01500-SK (N.D. Cal.);
- *U.S. Right to Know v. HHS*, No. 4:26-cv-01971-ASK (N.D. Cal.).

DATED:  June 2, 2026                    Respectfully submitted,

                                        CRAIG H. MISSAKIAN
                                        United States Attorney

                                        */s/ Kelsey J. Helland*
                                        KELSEY J. HELLAND
                                        Assistant United States Attorney

                                        Attorneys for Defendant

DEF.'S STATEMENT OF NON-OPPOSITION TO RELATION
4:25-cv-04490-ASK                    2