**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**RELATED CASE ORDER**

*Sua Sponte* Judicial Referrals for Purpose of Determining Relationship (Civil L.R. 3-12) have been filed. As the judge assigned to case

25-cv-04490-ASK
U.S. Right to Know v. National Institutes of Health

I find that the more recently filed cases that I have initialed below are related to this lower-numbered case assigned to me, and that the case numbered 26-cv-01500 is reassigned to me.

| Case | Related | Not Related |
|------|---------|-------------|
| *U.S. Right to Know v. National Institutes of Health*, No. 26-cv-01500-SK | ASK | |
| *US Right to Know v. U.S. Department of Health and Human Services*, No. 26-cv-1971-ASK | ASK | |

**ORDER**

The parties are instructed that all future filings in the reassigned case are to bear the initials of the newly assigned judge immediately after the case number. Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.

A case management conference for the three related cases is set for July 21, 2026. Other case management conferences in any of the three cases are vacated. In advance of the July 21 conference, the parties may submit one consolidated case management statement or three separate statements.

Dated: June 2, 2026          By: _____
                                  Ajay Krishnan
                                  United States Magistrate Judge

1