CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
KENNETH BRAKEBILL (CABN 196696)
Chief, Civil Division
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6488
FAX: (415) 436-6748
molly.friend@usdoj.gov

Attorneys for Defendant

*Additional counsel listed on signature page*




UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| U.S. RIGHT TO KNOW,<br>Plaintiff,<br>v.<br>NATIONAL INSTITUTES OF HEALTH,<br>Defendant. | CASE NO. 4:25-CV-04490-ASK<br>**STIPULATION & ORDER TO VACATE SUMMARY JUDGMENT DEADLINES** |

Subject to the Court's approval, Plaintiff and Defendant, through their undersigned counsel of record, hereby stipulate as follows:

1. On May 20, 2026, the Court adopted the parties' proposed summary-judgment-briefing schedule, such that briefing is currently scheduled to comment on January 13, 2027, with a hearing set for April 7, 2027. *See* Dkt. 34.

2. The parties continue to meet and confer regarding Defendant's release of documents in this FOIA matter. For example, Defendant's release of the attachments to Dr. David Morens' personal emails remains ongoing, and is scheduled to be completed in December of this year. *See* Dkt. 46 at 2.

Additionally, the parties are conferring regarding the search of and potential release of documents from Dr. Anthony Fauci's government phone; the parties' discussions in that regard remain ongoing, and it is unclear at this point when Defendant would complete its release of any responsive records from Dr. Fauci's phone.

3. This case has been related to two other FOIA matters brought by Plaintiff. *See* Dkt. 39 (relating Nos. 26-cv-01500 & 26-cv-1971). There is currently no summary-judgment-briefing schedule set in either of the related cases. *See, e.g.*, Dkt. 46 at 8.

4. In light of the foregoing, the parties hereby stipulate and respectfully request that the Court vacate the current summary-judgment-briefing and hearing schedule in this matter (No. 25-cv-04490), and allow the parties to propose a new schedule in a future Joint Case Management Statement.

IT IS SO STIPULATED.

DATED: November 17, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Kelsey J. Helland*
KELSEY J. HELLAND
Assistant United States Attorney
Counsel for Federal Defendant

DATED: November 17, 2026

Respectfully submitted,

*/s/ Richard A. Brody*
Jessica L. Blome
Lily A. Rivo
Richard A. Brody
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
Telephone: (510) 900-9502
Email: jblome@greenfirelaw.com
lrivo@greenfirelaw.com
rbrody@greenfirelaw.com

*Attorneys for Plaintiff US Right to Know*

** In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*